SEALED

# United States District Court

**NORTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA

V.

JOHN RAYNE RIVELLO

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**3-17MJ192-BK**

YOU ARE HEREBY COMMANDED to arrest JOHN RAYNE RIVELLO and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition

charging him or her with (brief description of offense)

with the intent to kill/injure/harass/intimidate, did knowingly & intentionally use an interactive computer or electronic communication service to engage in a course of conduct that placed a person in reasonable fear of death/serious bodily injury and caused/attempted to cause/would be reasonable expected to cause substantial emotional distress to that person.

in violation of Title  18 , United States Code, Section (s)  2261A(2)(A) and (B)  .

RENEE HARRIS TOLIVER
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
Title of Issuing Officer

Dallas, Texas
Date and Location

by _____
Name of Judicial Office

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

AO 442 (Rev. 12/10) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JOHN RAYNE RIVELLO

ALIAS: _____

LAST KNOWN RESIDENCE: 1808 East Clear Lake Drive, Salisbury, Maryland

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 06/05/1987    correct DOB 08/05/1987

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'                              WEIGHT: 180 lbs

SEX: M                                  RACE: W

HAIR: brown                             EYES: brown

SCARS, TATTOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____